UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KA'TIKI, INC., et al.,

    Plaintiffs,

v.                              CASE NO. 8:05-cv-901-T-23EAJ

CITY OF TREASURE ISLAND,
FLORIDA,

    Defendant.
_____/

**O R D E R**

    The plaintiffs file an unopposed motion (Doc. 7) to remand.[1] The plaintiff explains that the amended complaint asserts no federal question. Accordingly, the motion (Doc. 7) is **GRANTED** and this action is **REMANDED** to state court. The Clerk is directed to (1) mail a certified copy of this order to the Clerk of Florida's Sixth Judicial Circuit Court for Pinellas County, pursuant to 28 U.S.C. § 1447(c), (2) terminate any pending motion, and (3) close the file.

    ORDERED in Tampa, Florida, on June 22, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:      Courtroom Deputy

---

[1] The plaintiffs certify (Doc. 9) that the defendant agrees to this motion. Local Rule 3.01(g).